IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01174-WYD-MEH

PURZEL VIDEO GmbH,

    Plaintiff,

v.

DOES 146, 158, 167, 172, 173, 174, 179, 180, 184, 185, 186, 187, 195, 196 and 198,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 6, 2013.**

    Plaintiff's Motion to Withdraw Plaintiff's Motion and Memorandum for Leave to Take Discovery Prior to Rule 26(f) Conference [filed May 3, 2013; docket #11] is **granted**. Plaintiff's Motion and Memorandum for Leave to Take Discovery Prior to Rule 26(f) Conference [filed May 2, 2013; docket #4] is **withdrawn**.

    Plaintiff's Motion to Amend Captions [filed May 3, 2013; docket #9] is **denied as moot**. The Clerk of the Court will change the caption to conform to the Amended Complaint filed at docket #10.